UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| Michael Maze | v. | 21st Century North America Insurance Company |
| Honorable John W. Sedwick | | 3:16-cv-00050-JWS |
| Order from Chambers | | February 22, 2017 |

_____

The court's order at docket no. 40 granted summary judgment to defendant. The order is under seal because it discusses plaintiff's medical situation. Based on that order, the Clerk is directed to enter judgment for defendant.

_____