**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

MICHAEL MAZE,
      Plaintiff,

Case Number 3:16-cv-00050-JWS

v.

21st CENTURY NORTH AMERICA
INSURANCE COMPANY,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant, 21st Century North America Insurance Company, recover of plaintiff, Michael Maze, defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of 0.81% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

APPROVED:


S/ JOHN W. SEDWICK
John W. Sedwick
United States District Judge


Date: February 28, 2017                  Lesley K. Allen
                                                              Clerk of Court

[Jmt1-with fees and costs - rev. 1-13-16]